[No. 12873–6–I.   Division One.   May 7, 1984.]

THE STATE OF WASHINGTON, *Appellant,* v. DANIEL JOHN O'HARA, *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 82-1-01265-0, Robert E. Dixon, J., entered February 18, 1983. *Reversed* by unpublished opinion per Durham, C.J., concurred in by Corbett and Scholfield, JJ.